UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL ADAMS,

DECISION AND ORDER

                              Plaintiff,

18-CV-6277L

                  v.

ANTHONY J. ANNUCCI, Commissioner, et al.,

                              Defendants.
_____


        Plaintiff Michael Adams, an inmate in the custody of the New York State Department of

Corrections and Community Supervision, has moved for a preliminary injunction and temporary

restraining order.

        The motion is denied.  In order to obtain preliminary injunctive relief in this circuit, a

movant must show: (1) irreparable harm in the absence of the relief sought; and (2) either a

likelihood of success on the merits, or sufficiently serious questions going to the merits to make

them a fair ground for litigation and a balance of hardships tipping decidedly in the movant's

favor. *Donninger v. Niehoff*, 527 F.3d 41, 47 (2d Cir. 2008); *Sunward Elecs., Inc. v. McDonald*,

362 F.3d 17, 24 (2d Cir. 2004).  Plaintiff has not carried that burden.

**CONCLUSION**

Plaintiff's motion for a preliminary injunction (Docket #3) is denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
April 13, 2018.