UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL ADAMS,

                                  Plaintiff,

      v.

ANTHONY J. ANNUCCI, et al.,

                                  Defendants.
_____

DECISION & ORDER

18-CV-6277L

On April 6, 2018, *pro se* plaintiff Michael Adams ("plaintiff") commenced this action against the defendants pursuant to 42 U.S.C. § 1983 alleging violations of plaintiff's constitutional rights while he was incarcerated at Five Points Correctional Facility. (Docket ## 1, 17). Currently pending before this Court is plaintiff's fourth motion seeking appointment of counsel. (Docket ## 69; *see also* ## 12, 38, 50). Plaintiff's previous requests for appointment of counsel have all been denied, once as premature and twice on the merits. (Docket ## 15, 42, 53). Plaintiff's current motion does not present any information to alter this Court's previous determination. Accordingly, for the reasons in the previous Decisions & Orders (Docket ## 42, 53), plaintiff's request for the appointment of counsel **(Docket # 69)** is **DENIED without prejudice** at this time. It is the plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*. 28 U.S.C. § 1654.

**IT IS SO ORDERED.**

                                                            *s/Marian W. Payson*
                                                          MARIAN W. PAYSON
                                                   United States Magistrate Judge

Dated: Rochester, New York
        July 23, 2020